**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

JAMES KLAUSNER,

    Plaintiff,

       v.

STELLAR RECOVERY, INC.,

    Defendant.

---

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**
**(Unlawful Debt Collection Practices)**

---

**PLAINTIFF'S COMPLAINT**

Plaintiff, JAMES KLAUSNER (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against STELLAR RECOVERY, INC. (Defendant):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Colorado, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in Turnersville, Gloucester County, New Jersey.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a collection agency within a business office in Denver, Colorado.

11. Defendant is a debt collection law firm that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

12. Defendant places collection calls to Plaintiff (856-270-2050) seeking and demanding payment for a debt Plaintiff does not owe.

13. Defendant leaves Plaintiff voicemail messages without meaningful disclosure of the

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

2

caller's identity (see the transcribed voicemail messages attached as Exhibit A).

14. Defendant leaves Plaintiff voicemail messages that fail to disclose that the communication is from a debt collector (see Exhibit A).

15. Defendant is attempting to collect a debt from Plaintiff that Plaintiff does not owe.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(1)* of the FDCPA by communicating with Plaintiff in connection with the collection of a debt at a time or place known or which should be known to be inconvenient to Plaintiff.

    b. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

    c. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

    d. Defendant violated *§1692e* of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

    e. Defendant violated *§1692e(2)(A))* of the FDCPA by falsely representing the character, amount, and legal status of Plaintiff's alleged consumer debt because Plaintiff does not owe the debt.

    f. Defendant violated *§1692e(10)* of the FDCPA using false and deceptive means in

an attempt to collect a debt.

g. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication is from a debt collector.

h. Defendant violated *§1692f(1)* of the FDCPA by attempting to collect a debt that is not authorized by the agreement because Plaintiff does not owe the debt.

WHEREFORE, Plaintiff, JAMES KLAUSNER, respectfully requests judgment be entered against Defendant, STELLAR RECOVERY, INC., for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,
18. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,
19. Actual damages,
20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*
21. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff, JAMES KLAUSNER, requests a jury trial in this case.

DATED:  January 25, 2010                KROHN & MOSS, LTD.

                                   By: /s/ Nicholas J. Bontrager
                                        Nicholas J. Bontrager, Esq.
                                        Krohn & Moss, Ltd.
                                        10474 Santa Monica Blvd., Suite 401
                                        Los Angeles, CA 90025
                                        Tel: 323-988-2400 x229
                                        Fax: 866-583-3695
                                        nbontrager@consumerlawcenter.com

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF COLORADO

Plaintiff, JAMES KLAUSNER, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JAMES KLAUSNER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: /-22-2010

_____
JAMES KLAUSNER

# EXHIBIT A

## KLAUSNER V. STELLAR

Hello this is an important call for Francis Wade.  This is not a telemarketing call.  Please ask Francis Wade to call us at 1-888-318-7044.  Thank you.  Good bye.

This message is for Francis Wade.   If you are not Francis Wade, please hang up or disconnect.  If you are Francis Wade, please continue to listen to this message.  There will now be a three-second pause in this message.  By continuing to listen to this message, you acknowledge you are Francis Wade.  You should not listen to this message, so that other people can hear it as it contains personal and private information.  There will now be a three-second pause in this message to allow you to listen to this message in private.  This is Stellar Recovery Incorporated at 1-888-318-7044.  This communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 1-888-318-7044.  Good bye.

This message is for Francis Wade.   If you are not Francis Wade, please hang up or disconnect.  If you are Francis Wade, please continue to listen to this message.  There will now be a three-second pause in this message.  By continuing to listen to this message, you acknowledge you are Francis Wade.  You should not listen to this message, so that other people can hear it as it contains personal and private information.  There will now be a three-second pause in this message to allow you to listen to this message in private.  This is Stellar Recovery Incorporated at 1-888-318-7044.  This communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 1-888-318-7044.  Good bye.